# United States Court of Appeals
## For the First Circuit

───────────────

No. 23-2037

UNITED STATES,

Appellee,

v.

JERRY OMAR RODRIGUEZ-REYES, a/k/a Quiri,

Defendant - Appellant.

───────────────

**ORDER OF COURT**

Entered: November 6, 2024
Pursuant to 1st Cir. R. 27.0(d)

     Appellee United States has filed a fourth motion for an extension of time to file their brief for a total of 105 days. When granting appellee's most recent extension request, the court advised appellee that no further extensions should be expected.

     The court looks with extreme disfavor on multiple extension requests and lengthy delays in briefing. Accordingly, appellee shall file its brief on or before **November 20, 2024**. No further extensions of this deadline should be expected absent extraordinary circumstances.

     By the Court:

     Anastasia Dubrovsky, Clerk

cc:
Mariana E. Bauzá Almonte
Myriam Yvette Fernández-González
Jonathan Edward Jacobson
Thomas F. Klumper
Maria L. Montañez-Concepción
Song E. Park
María Soledad Ramirez-Becerra